```
MARGOLIN LAW OFFICE
ALLISON B. MARGOLIN, Esq. (SBN 222370)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00131-AWI |
| Plaintiff, | STIPULATION RE: MODIFICATION OF CONDITIONS OF RELEASE OF JOSEPH TAYLOR AND ORDER |
| v. | |
| NOLAN ET AL, | |
| Defendants. | |
| | Hon. Anthony W. Ishii |

Defendant JOSEPH TAYLOR, by and through his attorney, ALLISON B. MARGOLIN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree that Mr. Taylor's conditions of release should be modified to include a condition allowing him to participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.  All other previously ordered conditions of release would remain in full force and effect.

1

1      2.   Counsel has also discussed this modification of conditions
2  of release of Mr. Taylor with the Pretrial Services Officer in the
3  Eastern District of California and Pretrial Services approves of
4  the modification.

7  DATED: February 10, 2011                Respectfully submitted,

8                                          BENJAMIN B. WAGNER
                                           United States Attorney

                                        By: /s/ Karen A. Escobar
10                                         KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

                                           /s/ Allison B. Margolin
13                                         ALLISON B. MARGOLIN
                                           Attorney for Defendant
14                                         JOSEPH TAYLOR

2

**ORDER**

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that Mr. Taylor's conditions of release be modified to include the following condition: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

The Court further orders that all other previously ordered conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:      February 12, 2011
                                        CHIEF UNITED STATES DISTRICT JUDGE