```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00131 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED STIPULATION RE: |
| ) | CONTINUANCE AND |
| ) | ORDER |
| JOSEPH TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The above-named Defendant in the above-captioned matter, by and through his respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following amended stipulation:

    1.  The parties to the above-captioned matter agree to vacate the defendant's January 23, 2012, sentencing hearing and reset the matter for March 5, 2012, at 11:00 a.m., the anticipated new status conference/sentencing hearing dates of the co-defendants.

1

2.  The parties further agree to file their sentencing memoranda by 4 p.m., Friday, January 27, 2012, and any replies by 4 p.m., February 27, 2012.

DATED: January 19, 2012        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ James Raza Lawrence
JAMES RAZA LAWRENCE
ALLISON MARGOLIN
Attorneys for Defendant
Joseph Taylor

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set January 23, 2012, for the above-named defendant is hereby vacated and is reset for March 5, 2012, at 11:00 a.m.

IT IS FURTHER THE ORDER of the Court that any sentencing memoranda in this matter will be filed by 4 p.m., Friday, January 27, 2012, and any replies will be filed by 4 p.m., February 27, 2012.

IT IS SO ORDERED.

Dated:    January 19, 2012
CHIEF UNITED STATES DISTRICT JUDGE

2