Allison Margolin (SBN. 222370)
Allison B. Margolin (SBN 222370)
Raza Lawrence (SBN. 233771)
Margolin & Lawrence, Attorneys at Law
8484 Wilshire Blvd., Ste. 440
Beverly Hills, CA 90211
Telephone: 323.653.9700
Facsimile:  323.653.9709

**Attorney for Defendant, JOSEPH TAYLOR**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**JOSEPH TAYLOR,**<br><br>            **Defendant.** | **CASE NO: 1:10-CR-0131 AWI**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE   : September 17, 2012<br>TIME   : 10:00 A.M.<br>JUDGE : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 17, 2012 be vacated and reset for December 3, 2012.

This continuance is at the request of Defendant Joseph Taylor. The United States does not oppose a continuance, and will defer to the judgment of the Court. Counsel for Mr. Taylor submits that a continuance would promote judicial efficiency, allowing Mr. Taylor to be sentenced at the same time as his co-defendant Mark McGrath; that the sentencing hearings for Messrs. Taylor and McGrath will involve many of the same legal and factual issues, and it would be appropriate and just for the Court to consider the identical sentencing issues for the two defendants at the same time; and that additional information is being developed which will be relevant at the sentencing hearing. Counsel for McGrath has requested that September 17, 2012 date be vacated and reset for December 3, 2012 at 11:00a.m.

As this is a sentencing hearing, no exclusion of time is necessary.

DATED: September 12, 2012                           Respectfully submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                     By:     **/s/ Karen Escobar**
                                                      KAREN ESCOBAR
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                                      **/s/ J. Raza Lawrence**
                                                      J. RAZA LAWRENCE
                                                      Margolin & Lawrence
                                                      Attorney for Defendant
                                                      Joseph Taylor

**ORDER**

IT IS SO ORDERED.

Dated:   September 13, 2012             _____
                                               CHIEF UNITED STATES DISTRICT JUDGE