Allison Margolin (SBN. 222370)
Allison B. Margolin (SBN 222370)
Raza Lawrence (SBN. 233771)
Margolin & Lawrence, Attorneys at Law
8484 Wilshire Blvd., Ste. 440
Beverly Hills, CA 90211
Telephone: 323.653.9700
Facsimile:  323.653.9709

**Attorney for Defendant, JOSEPH TAYLOR**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 1:10-CR-0131 AWI** |
| **Plaintiff,** | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **JOSEPH TAYLOR,** | |
| **Defendant.** | DATE   :  December 3, 2012<br>TIME    :  10:00 A.M.<br>JUDGE  :  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for December 3, 2012 be vacated and reset for February 11, 2013.

This continuance is at the request of Defendant Joseph Taylor. Counsel for Mr. Taylor is currently engaged in jury trial in Los Angeles County Case *People v. Burke,* GA077707.  Counsel requests that the above-captioned matter now set for December 3, 2012 be vacated and reset for February 11, 2013 to accommodate the completion of the jury trial.  The United States agrees and stipulates to continuance.

As this is a sentencing hearing, no exclusion of time is necessary.

DATED: November 29, 2012                                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: **/s/ Karen Escobar**
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff


**/s/ J. Raza Lawrence**
J. RAZA LAWRENCE
Margolin & Lawrence
Attorney for Defendant
Joseph Taylor

IT IS SO ORDERED.

Dated:   December 5, 2012          _____
                                    UNITED STATES DISTRICT JUDGE