Allison  Margolin (SBN. 222370)
Allison B. Margolin (SBN 222370)
Raza Lawrence (SBN. 233771)
Margolin & Lawrence, Attorneys at Law
8484 Wilshire Blvd., Ste. 440
Beverly Hills, CA 90211
Telephone: 323.653.9700
Facsimile:  323.653.9709

**Attorney for Defendant, JOSEPH TAYLOR**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 1:10-CR-0131 AWI** |
| **Plaintiff,** | |
| **v.** | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **JOSEPH TAYLOR,** | |
| **Defendant.** | **DATE  :  February 11, 2013**<br>**TIME  :  10:00 A.M.**<br>**JUDGE  :  Hon. Anthony W. Ishii** |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for February 11, 2013 be vacated and reset for February 25, 2013.

    This continuance is at the request of Defendant Joseph Taylor. Counsel for Mr. Taylor expects to be engaged in a multi-day felony preliminary hearing and motion to suppress in state court on February 11, 2013, and requests that Mr. Taylor's sentencing be continued two weeks so that it may occur at the same time as co-defendant Dustin York's sentencing.  Counsel requests that the above-captioned matter now set for February 11, 2013 be vacated and reset for February 25, 2013 to accommodate counsel's schedule and so that Mr. Taylor and Mr. York may be sentenced on the same date.  The United States agrees and stipulates to continuance.

    As this is a sentencing hearing, no exclusion of time is necessary.

DATED: February 1, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: **/s/ Karen Escobar**
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

**/s/ J. Raza Lawrence**
J. RAZA LAWRENCE
Margolin & Lawrence
Attorney for Defendant
Joseph Taylor

**ORDER**

IT IS SO ORDERED.

Dated:  February 1, 2013

_____
SENIOR  DISTRICT  JUDGE