Case 1:10-cr-00131-AWI Document 183 Filed 03/08/13 Page 1 of 1
Case 1:10-cr-00131-AWI Document 181 Filed 03/06/13 Page 3 of 3

**FILED**

MAR 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-0131 AWI |
| Plaintiff, | |
| | **SUPPLEMENTAL IMPRISONMENT ORDER** |
| vs. | |
| JOSEPH TAYLOR, | |
| Defendant. | |

The Court hereby makes the following recommendation to the Bureau of Prisons: The Court recommends that Defendant Joseph Taylor be incarcerated at the Taft Correctional Institution, in California, but only insofar as this accords with security classification and space ability. The Court recommends that Defendant Taylor participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program. Defendant Taylor shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on April 4, 2013.

Dated: 3-8-13

_____
UNITED STATES DISTRICT JUDGE